IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NANCY IBBOTSON,

      Plaintiff,                    No. CIV S-10-1857 FCD KJM PS

   vs.

AURORA LOAN SERVICES, et al.,

      Defendants.             ORDER

_____/

      This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Defendants' motions to dismiss are calendared for hearing on November 10, 2010. No opposition to the motions has been filed.

      Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. The hearing date of November 10, 2010 is vacated.  Hearing on defendants'
motions is continued to December 15, 2010 at 10:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motions no later than December 1, 2010.  Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motions on the papers and a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  November 2, 2010.

006
ibbotson.nop

_____
U.S. MAGISTRATE JUDGE

2